**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 391 MAL 2023

              Respondent    :

                       :   Petition for Allowance of Appeal

              v.             :   from the Order of the Superior Court

GUSTAVO A. RENDON,          :

              Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.